# COURT OF CRIMINAL APPEALS NO. PD-0572-14 & PD-0573-14

## TRIAL COURT CAUSE NO. F10-00433-S & F10-00435-S

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE 282ND JUDICIAL** |
| **V.** | § | **DISTRICT COURT** |
| **PATRICIA DONALDSON** | § | **DALLAS COUNTY, TEXAS** |

## ORDER ON APPOINTMENT OF COUNSEL

In accordance with the order of the Court of Criminal Appeals in this cause, the Court has appointed new counsel to represent Patricia Donaldson on her petitions for discretionary review.

The Court has appointed Larry Mitchell, P.O. Box 797632, Dallas, Texas 75379, to represent the defendant/appellant on her petitions for discretionary review. A copy of the order of appointment is attached hereto.

The Clerk of this Court is ordered to immediately forward a copy of this order and the attached Appointment of Counsel for Indigent Defendant to the Court of Criminal Appeals in Austin.

**SIGNED** this 1st day of April, 2015.

AMBER GIVENS-DAVIS, JUDGE
282ND JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS